FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAW RECOVERY, LLC, a California limited liability company,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>CITY OF COSTA MESA,<br><br>        Defendant-Appellee. | No.   20-55870<br><br>D.C. No.<br>8:18-cv-01080-JVS-PJW<br>Central District of California, Santa Ana |
| SOCAL RECOVERY, LLC, a California limited liability company; ROGER LAWSON,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>CITY OF COSTA MESA, a municipal corporation; DOES, 1-100,<br><br>        Defendants-Appellees. | No.   20-55820<br><br>D.C. No.<br>8:18-cv-01304-JVS-PJW<br>Central District of California, Santa Ana |

ORDER

Before: WARDLAW and BENNETT, Circuit Judges, and KATZMANN,[*] Judge.

We heard argument in the two above-captioned cases together. The cases

---

[*] The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.

2

shall now be consolidated for disposition. Fed. R. App. P. 3(b)(2); *Mattos v. Agarano*, 661 F.3d 433, 436 n.1 (9th Cir. 2011) (en banc).